<u>**PUBLIC ORDER**</u>

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 08-3056**  **September Term 2008**

1:07mc00319

**Filed On:** May 6, 2009

In re: Grand Jury Subpoena,

**BEFORE:** Ginsburg and Kavanaugh, Circuit Judges, and Williams, Senior Circuit Judge

<u>**O R D E R**</u>

It is **ORDERED**, on the court's own motion, that the judgment filed under seal on January 23, 2009, be unsealed. The Clerk is directed to update the docket and to place the judgment in the Court's public file.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk